UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD SCHATZ, et al., <br><br>       Plaintiffs, <br><br> -against- <br><br> HISTORICAL DESIGN, INC., <br><br>       Defendant. | 23-CV-9947 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the initial pretrial conference scheduled for **February 22, 2024** is adjourned *sine die*. IT IS FURTHER ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **January 26, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: January 3, 2024
     New York, New York

                   SO ORDERED.

                   *Jessica Clarke*
                   JESSICA G. L. CLARKE
                   United States District Judge