UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD SCHATZ, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> HISTORICAL DESIGN, INC., <br><br> Defendant. | 23-CV-9947 (JGLC) <br><br> **<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff is ORDERED to refile the Proposed Clerk's Certificate of Default in accordance with Local Civil Rule 55.1 and the instructions in the Notice on the docket. It is further ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **February 9, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: February 1, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　*Jessica Clarke*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JESSICA G. L. CLARKE
　　　　　　　　　　　　　　　　　　　　United States District Judge